**No. 60989.**—F. W. Woolworth Co. *v.* United States, protests 38958–K, etc. (Philadelphia).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the items marked "A" consist of figures or articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 as manufactures of papier mâché was sustained.   The items marked "B," stipulated to consist of articles, composed wholly or in chief value of wood, the same as those involved in said Abstract 56975, were held dutiable at 33⅓ percent under paragraph 412 as manufactures wholly or in chief value of wood, not specially provided for, as claimed.

**No. 60990.**—W. C. Sullivan & Co. *v.* United States, protest 306878–K/8795 (Chicago).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 60991.**—Louis Greenberg & Son, Inc. *v.* United States, protest 293152–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of bamboo poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.

**No. 60992.**—Accurate Millinery Co. et al. *v.* United States, protests 266654–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of plaintiffs was sustained.